# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 1:17-cr-357-6 |
| v. : | |
| : | (Judge Kane) |
| JASON MOSKOVITZ, : | |
|    Defendant : | |

## ORDER

**AND NOW,** on this 3rd day of December 2019, there being no objections filed to the Magistrate Judge's Report and Recommendation issued on November 14, 2019, (Doc. 243), **IT IS ORDERED** that this Court accepts the Guilty Plea of the Defendant and sets **March 11, 2020**, at **10:00 a.m.** as the sentencing date in the above case. Said sentencing shall be held in Courtroom No. 1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania.

                                                              s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                            United States District Court
                                                            Middle District of Pennsylvania